

# Fourth Court of Appeals
## San Antonio, Texas

February 14, 2014

Nos. 04-13-00338-CR & 04-13-00339-CR

Elias Esequiel **VASQUEZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 229th Judicial District Court, Starr County, Texas
Trial Court Nos. 11-CRS-270 & 11-CRS-272
Honorable Ana Lisa Garza, Judge Presiding

# O R D E R

The reporter's record was originally due on November 12, 2013. On January 8, 2014, we ordered court reporter Gay Richey to file the reporter's record on or before January 15, 2014. Ms. Richey did not file the reporter's record, and also failed to request a further extension. On February 13, 2014, Ms. Richey informed the court that she has been ill, and intends to file the reporter's record no later than February 18, 2014. **Accordingly, we ORDER Ms. Richey to file the reporter's record no later than Wednesday, February 19, 2014.** If Ms. Richey fails to file the reporter's record as ordered, we will order Ms. Richey to appear and show cause why she should not be held in contempt for failing to file the record.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court